IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., a District of Columbia corporation, and THE DAILY CALLER NEWS FOUNDATION, | § § § § | No. 402, 2022 |
| | § | Court Below: Superior Court |
| Petitioners-Below, Appellants, | § | of the State of Delaware |
| | § | |
| v. | § | C.A. No. N20A-07-001 |
| | § | |
| THE UNIVERSITY OF DELAWARE, | § | |
| | § | |
| Respondent-Below, Appellee. | § § | |

Submitted: June 14, 2023
Decided: July 6, 2023

Before **VALIHURA**, **TRAYNOR**, **LeGROW**, **GRIFFITHS**, Justices; and **GLASSCOCK**, Vice Chancellor, constituting the Court *en Banc*.[1]

# **O R D E R**

Now this 6th day of July 2023, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Memorandum Opinion dated October 19, 2022;

NOW THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] Sitting by designation under Art. IV, § 12 of the Delaware Constitution and Supreme Court Rule 2(a) to fill the quorum as required by Art. IV, § 12 of the Constitution.